**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NORBERT PATRICK KIDD, | ) |
| Plaintiff, | ) |
| vs. | ) 4:11-cv-027-TWP-WGH |
| SGT. RON MCGOWND, et al., | ) |
| Defendants. | ) |

**Entry and Order Directing Dismissal of Action**

Kidd is confined at the Dearborn County Law Enforcement Center ("Jail"). He alleges that Sgt. Ron McGownd and Correctional Officer Vick Fay violated his federally secured rights by attempting to induce Kidd to switch cells with another inmate because that inmate was sleeping on the floor. Kidd alleges that the defendants tried (unsuccessfully) to move Kidd into a cell where the bed frame was bent. He explains that he was "[b]eing threatened, lied to and [they] even tried manipulating me into worse trouble by cursing at me, theathing [sic] me with disciplinary sanctions DDI but I wouldn't take the bait." Kidd seeks relief in the form of the defendants being placed on administrative leave with pay for up to two months.

Kidd's complaint has been screened as required by 28 U.S.C. § 1915A. Pursuant to this statute, "[a] complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief." *Jones v. Bock,* 127 S. Ct. 910, 921 (2007)."A complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955

(2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

Kidd's claim is brought pursuant to 42 U.S.C. § 1983. To state a claim under 42 U.S.C. § 1983, a plaintiff must allege the violation of a right secured by the Constitution or laws of the United States and must show that the alleged deprivation was committed by a person acting under color of state law. *West v. Atkins,* 487 U.S. 42, 48 (1988). No action lies under § 1983 unless a plaintiff has asserted the violation of a federal right. *See Middlesex County Sewerage Auth. v. Nat'l Sea Clammers Ass'n,* 453 U.S. 1, 19 (1981); *Juriss v. McGowan*, 957 F.2d 345, 349 n.1 (7th Cir. 1992) (without a predicate constitutional violation one cannot make out a *prima facie* case under § 1983).

"The conditions of imprisonment, whether of pretrial detainees or of convicted criminals, do not reach even the threshold of constitutional concern until a showing is made of 'genuine privations and hardship over an extended period of time.'" *Duran v. Elrod,* 760 F.2d 756 (7th Cir. 1985) (quoting *Bell v. Wolfish*, 441 U.S. 520, 542 (1979)). "Standing along, simple verbal harassment does not constitute cruel and unusual punishment, deprive a prisoner of a protected liberty interest or deny a prisoner equal protection of the law." *DeWalt v. Carter*, 224 F.3d 607, 612 (7th Cir. 2000); *see also Dobbey v. Ill. Dep't of Corr.*, 574 F.3d 443 (7th Cir. 2009). Any other portion of Kidd's lament concerning his treatment at the Jail does not suggest conditions approaching the level of genuine privations and hardship over an extended period of time. Thus, Kidd's complaint does not state a claim upon which relief can be granted because it does not assert a claim with facial plausibility.

For the reasons explained above, therefore, the complaint fails to state a claim upon which relief can be granted. Dismissal of the action pursuant to 28 U.S.C. § 1915A(b) is

now mandatory. *Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 775 (7th Cir. 2002).

Judgment consistent with this Entry shall now issue.

Judgment consistent with this Entry shall now be issued.

**IT IS SO ORDERED.**

Date: 05/23/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Norbert Patrick Kidd
Dearborn County Law Enforcement Center
301 West High Street
Lawrenceburg, IN 47025